| | |
|---|---|
| 1 | MELISSA ANN JONES, SBN 205576 |
| | STEPHEN E. PAFFRATH, SBN 195932 |
| 2 | GREENBERG TAURIG, LLP |
| | 1201 K Street, Suite 100 |
| 3 | Sacramento, CA 95814 |
| 4 | Telephone:   (916) 442-1111 |
| | Facsimile:    (916) 448-1709 |
| 5 | jonesme@gtlaw.com |
| | paffraths@gtlaw.com |
| 6 | |
| 7 | JOHN E. SCHILLER (pending pro hac vice) |
| | WALTER & HAVERFIELD LLP |
| 8 | The Tower at Erieview |
| | 1301 E. Ninth Street, Suite 3500 |
| 9 | Cleveland, OH 44114-1821 |
| | Telephone:   (216) 781-1212 |
| 10 | Facsimile:    (216) 575-0911 |
| | jschiller@wlterhav.com |
| 11 | |
| 12 | Attorneys For Defendant and Counterclaimant, |
| | BRADEN SUTPHIN INK COMPANY |

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| TIMOTHY S. GREEN, an individual; and HOSTMANN-STEINBERG, INC., a Delaware Corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>BRADEN SUTPHIN INK COMPANY, an Ohio Corporation,<br><br>            Defendant.<br>_____<br>BRADEN SUTPHIN INK COMPANY, an Ohio Corporation,<br><br>            Counterclaimant,<br><br>v.<br><br>TIMOTHY S. GREEN, an individual; and HOSTMANN-STEINBERG, INC., a Delaware Corporation,<br><br>            Counterdefendant. | Case No.  2:11-cv-00455-WBS -GGH<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, that this action, including both the complaint and cross-claims, be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii).  The parties shall bear their own attorney's fees and costs.

DATED:  April 14, 2011                    GREENBERG TRAURIG, LLP,


By /s/ *STEPHEN E. PAFFRATH*
STEPHEN E. PAFFRATH
Attorney for Defendant,
BRADEN SUTPHIN INK COMPANY


DATED:  April 14, 2011                    FISHER & PHILLIPS, LLP,


By /s/ *RON S. BRAND*
RON S. BRAND
Attorney for Plaintiff,
TIMOTHY S. GREEN and
HOSTMANN-STEINBERG, INC.

### ORDER

Pursuant to the above Stipulation for Dismissal,

**IT IS HEREBY ORDERED** that this action, including both the complaint and cross-claims, be and is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).  The Parties shall bear their own attorney's fees and costs in connection with this lawsuit.

**IT IS SO ORDERED**

DATED:  April 14, 2011

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE